United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRADEHILL, INC.,

    Plaintiff,

v.

DWOLLA, INC., et al.,

    Defendants.
                                                          /

No. C-12-1082 MMC

**ORDER DISMISSING ACTION WITHOUT PREJUDICE TO PLAINTIFF'S PRESENTING ITS CLAIMS TO ARBITRATION**

By order filed May 9, 2012, the Court granted defendants' motion to compel arbitration of plaintiff's claims. By separate order, also filed May 9, 2012, the Court directed the parties to show cause why the above-titled action should not be dismissed. Plaintiff did not file a response to the Court's order to show cause; defendants filed a response stating they agreed the action should be dismissed.

Accordingly, for the reasons stated in the Court's orders of May 9, 2012, the above-titled action is hereby DISMISSED, without prejudice to plaintiff's presenting its claims before the arbitral forum identified in the parties' agreement.

**IT IS SO ORDERED.**

Dated: May 30, 2012

_____
MAXINE M. CHESNEY
United States District Judge