IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TRADEHILL, INC.,

        Plaintiff,

  v.

DWOLLA, INC., et al.,

        Defendants.
                                              /

No. CV- 12-1082 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    The above-titled action is hereby DISMISSED, without prejudice to plaintiff's presenting its claims before the arbitral forum identified in the parties' agreement.

Dated: May 31, 2012                                      Richard W. Wieking, Clerk

                                                                By: Tracy Lucero
                                                                 Deputy Clerk